UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:00-CR-233-T-27MSS

ROOSEVELT WALTER WILLIAMS

_____/

## ORDER

THIS CAUSE is before the Court on this 26th day of July, 2006, on a Petition to Revoke Supervised Release. The Defendant, **ROOSEVELT WALTER WILLIAMS**, appeared with counsel, Alec Hall, AFPD; and Amanda Kaiser, AUSA, appeared for the United States of America. Also present was Gary Crumrine, Probation Officer.

At the hearing, the defendant voluntarily admitted the allegations set forth in Counts 1 and 3 of the Petition for Revocation of Supervised Release, with an explanation. As to Count 2, the defendant states he has provided the community service subject of this allegation. The Court defers ruling on Count 2 until the community service is confirmed by the probation officer. The defendant denies all further allegations set forth in Counts 4 through 18 of the Petition.

After hearing testimony from the probation officer and the defendant, and upon consideration of same, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on July 2, 2001.

It is, **ORDERED AND ADJUDGED**:

1. The defendant is hereby continued on the same term of supervised release, under the same terms and conditions as previously imposed.

2. The defendant shall appear in court as ordered, on pending domestic violence charges, unless he is represented by counsel and his appearance is waived.

3. The defendant shall provide a copy of every paycheck stub for the month to the probation officer, at the end of each month.

4. The defendant shall sign a consent authorizing Probation to obtain documents from his employer.

5. The defendant shall perform 150 hours of community service, at a rate of not less than 50 hours a year, beginning this year.

6. The defendant may attend family gatherings with blood relatives with felony convictions.

DONE AND ORDERED at Tampa, Florida this 27th day of July, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation